

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Martin Quiroz,                              * From the 385th District
                                              Court of Midland County,
                                              Trial Court No. CR38816.

Vs. No. 11-12-00270-CR                      * September 30, 2014

The State of Texas,                         * Memorandum Opinion by Wright, C.J.
                                              (Panel consists of: Wright, C.J.,
                                              Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the trial court's judgment to reflect the correct section of the Texas Penal Code under which the jury convicted Appellant: Section 22.01(b)(1). As modified, we affirm.